UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12-191 CAS (SPx) | Date | April 13, 2012 |
|---|---|---|---|
| Title | BLANCA S. ORTIZ v. AMERICA'S SERVICING COMPANY, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present     Not Present

**Proceedings:**   (In Chambers:) DEFENDANT'S MOTION TO DISMISS (filed 2/14/2012)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of April 16, 2012, is vacated, and the matter is hereby taken under submission.

## I.   INTRODUCTION

On January 4, 2012, plaintiff Blanca Ortiz filed the instant action in San Bernardino County Superior Court against America's Servicing Company, First American Trustee Servicing Solutions, LLC, and Does 1–50. Defendants removed the action to this Court on February 7, 2012. Plaintiff alleges various claims for relief in connection with a mortgage loan and subsequent foreclosure on real properly located at 7468 Vicksburg Place, Fontana, CA 92336. The gravamen of plaintiff's complaint is that defendants misrepresented the status of her loan modification application. On February 14, 2012, America's Servicing Company filed a motion to dismiss. On April 12, 2012, plaintiff voluntarily filed a first amended complaint ("FAC").

In light of plaintiff's FAC, America's Servicing Company's motion to dismiss the original complaint is hereby DENIED as moot.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |